*Present:* Hon. Thomas J. McAvoy

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------
ROBERT J. POULSON and
MARGARET A. POULSON,

    **Plaintiffs,**

-against-      **ORDER**
         3 04-CV-0331TJM/DEP

THE BLACK & DECKER CORPORATION,
    **Defendant.**
-----------------------------------

  Pursuant to the oral decision of the Court, entered into the record after hearing oral argument on August 8, 2005, in Albany, New York, it is hereby

  ORDERED that:

  1. Defendant's Motion for Summary Judgment is Denied *limited to the issue of spoliation* without prejudice to renew in conformity with the Judge's decision; and

  2. It is further Ordered that plaintiffs' claim of design defect is hereby dismissed with prejudice; and

  3. It is further Ordered that an evidentiary hearing will be held on the issue of spoliation in conformity with the Judge's decision; and

  4. It is further Ordered that a further deposition of James McHale *may* be conducted on or before September 9, 2005.

  IT IS SO ORDERED. 9/3/05

        _____
        HON. THOMAS J. McAVOY